# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-10464 FMO (MARx)** | Date | **June 11, 2026** |
|---|---|---|---|
| Title | **Marlene Elizabeth Vasquez v. Costco Wholesale Corporation** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Lesbith Castillo Orellana | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**      **(In Chambers) Order to Show Cause Re: Sanctions**

Pursuant to the Court's Order of December 1, 2025, the parties were required to complete a settlement conference before a private mediator no later than June 1, 2026.  (See Dkt. 10, Court's Order of December 1, 2025, at 11).  If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement.  (See id.).  Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete.  (See id.).  On June 9, 2026, plaintiff filed a Status Report Re: Settlement (Dkt. 15, "Status Report"), confirming that the parties did not comply with the deadline set forth in the Court's Order of December 1, 2025, and the apparent reasons for that failure. (See id.).

Based on the foregoing, IT IS ORDERED THAT on **June 25, 2026, at 10:00** in Courtroom 6D of the First Street Courthouse (Mendez), 350 W. 1st Street, Los Angeles, CA 90012, lead counsel for the parties shall show cause why sanctions should not be imposed for failure to comply with an order of the court.  Failure of lead counsel to appear shall result in the imposition of sanctions.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | lca | |